UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROLAND BUTLER, BAILEY COMODORE, JR. AND GEORGE BUTLER | CIVIL ACTION |
| VERSUS | NO: 14-1960 |
| STEVENS TRANSPORT, INC., ROBERT C. KAIZAR AND ALLSTATE INSURANCE COMPANY | SECTION: "S" (4) |

## ORDER AND REASONS

**IT IS HEREBY ORDERED** that Plaintiffs' Motin to Remand (Doc. #6) is **GRANTED** as unopposed, and this matter is **REMANDED** to the Civil District Court, Parish of Orleans, State of Louisiana.

Defendants removed this matter alleging diversity subject matter jurisdiction under 28 U.S.C. § 1332, which requires that each plaintiffs be of diverse citizenship from each defendant and that there be more than $75,000. Plaintiffs stipulate that their damages do not exceed $75,000 as to any one of the plaintiffs. Allen v. R&R Oil & Gas Co., 63 F.3d 1326, 1330 (5th Cir. 1995) ("The Supreme Court has long interpreted §1332's phrase 'matter in controversy' not to allow multiple plaintiffs to add together 'separate and distinct demands, unite[d] for convenience and economy in a single suit,' to meet the requisite jurisdictional level.") (citations omitted). Therefore, this court lacks subject matter jurisdiction under §1332.

New Orleans, Louisiana, this 14 day of October, 2014.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

Case 2:14-cv-01960-MVL-KWR Document 7 Filed 10/15/14 Page 2 of 2